Matter of Baldwin (2025 NY Slip Op 05560)

Matter of Baldwin

2025 NY Slip Op 05560

Decided on October 9, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 9, 2025

PM-224-25
[*1]In the Matter of Kenneth Charles Baldwin, an Attorney. (Attorney Registration No. 5739859)

Calendar Date:October 6, 2025

Before:Garry, P.J., Clark, Aarons, Reynolds Fitzgerald and Ceresia, JJ. 

Kenneth Charles Baldwin, Hartford, Connecticut, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Kenneth Charles Baldwin was admitted to practice by this Court in 2019 and lists a business address in Hartford, Connecticut with the Office of Court Administration. Baldwin now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Baldwin's application.
Upon reading Baldwin's affidavit sworn to August 14, 2025 and filed August 21, 2025, his supplemental affidavit sworn to September 9, 2025 and filed September 12, 2025 and upon reading the September 24, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Baldwin is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Garry, P.J., Clark, Aarons, Reynolds Fitzgerald and Ceresia, JJ., concur.
ORDERED that Kenneth Charles Baldwin's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Kenneth Charles Baldwin's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Kenneth Charles Baldwin is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Baldwin is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Kenneth Charles Baldwin shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.